MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG (Bar No. CA 117284)
E-mail: blandsberg@manatt.com
SUSAN PAGE WHITE (State Bar No. 137125)
E-mail: spwhite@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: abriggs@manatt.com
AMANDA M. KNUDSEN (Bar No. CA 252752)
E-mail: aknudsen@manatt.com
One Embarcadero Center, 30th Floor
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

*Attorneys for Defendant*
DIGNITY HEALTH f/k/a Catholic Healthcare
West d/b/a Mercy General Hospital

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br><br>　　　　　Defendants.<br><br>**RELATED CASE:**<br><br>ARCH INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DIGNITY HEALTH f/k/a Catholic Healthcare West, a California corporation, and MERCY GENERAL HOSPITAL, a California corporation,<br><br>　　　　　Defendants | Case No.  C 12-02356 EMC<br>Case No.  3:12-cv-02369 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT & [P~~ROPO~~SED] ORDER** RESETTING CMC<br>Date:　　November 14, 2012<br>Time:　　9:30 a.m.<br>Location: San Francisco Courthouse, Courtroom 5, 17th Floor<br>Judge:　　Hon. Edward M. Chen |

1  The parties to the above-entitled related actions jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9. These above-captioned insurance coverage actions (the "*Arch* action" and the "*Platte River* action;" collectively, the "*Platte River/Arch* Action") are currently stayed pursuant to the Court's August 16, 2012 Order on the parties' Joint Stipulation Re: Stay of Action. The *Platte River/Arch* Action relates to insurance coverage for an underlying wrongful termination lawsuit against Dignity, entitled *Chopourian v. Catholic Healthcare West, et al.*, United States District Court, Eastern District of California, Case No. 2:09-cv-02972-KJM-KJN (the "*Chopourian* lawsuit").

As the Court may recall, the parties had requested, and the Court granted, the Stay due to the fact that the even though a jury verdict had been reached in the *Chopourian* lawsuit against Dignity, Dignity was in the process of pursuing post-trial motions and, if necessary, an appeal of the judgment. Undersigned counsel for Dignity advises that Judge Kimberly J. Muller heard oral argument on Dignity's post-trial motions in the *Chopourian* lawsuit on October 25, 2012, and requested additional briefing from the parties, which was submitted on November 2, 2012.

Undersigned counsel for Dignity represents that on November 5, 2012, before Judge Muller ruled on the post-trial motions, the parties to the *Chopourian* action reached a settlement in principle in that lawsuit. Counsel for Dignity represents that the parties to the *Chopourian* action are now in the process of committing the settlement to writing. Counsel for Dignity represents that while the settlement is confidential, there are some material terms and conditions that need to be worked out between the parties, which they have 45 days to do. Thus, counsel for Dignity advises that, at this time, a settlement agreement has not yet been finalized and signed by all parties to the *Chopourian* action and that lawsuit remains pending and has not yet been dismissed.

Pursuant to the Stay in this action, the stay can be lifted through a stipulation by the parties, and approval by the Court. Alternatively, one party can seek to lift the stay upon 30 days notice. Neither method to lift the Stay has been implemented by the parties at this time. In light of this and the fact that, according to counsel for Dignity, the *Chopourian* settlement is still being

finalized, the parties believe it is premature to address most of the issues in the Joint Case Management Statement, including (1) jurisdiction and service; (2) the factual and legal issues; (3) amendments to the pleadings; (4) the parties' Initial Disclosures; (5) discovery-related issues; (6) settlement; (7) whether the case is suitable to be resolved through another means; and (8) trial scheduling and trial issues.

As to the remaining issues, the parties herein respond as follows:

1. The parties are committed to preserving all evidence relevant to the Platte River/Arch Action;

2. The parties have declined to consent to proceed before a Magistrate Judge;

3. Certifications of Interested Parties have been submitted by the parties.

Based upon the above, the parties request a continuance of the Case Management Conference for 45 days.

However, nothing in this Statement precludes any party from seeking to lift the Stay at any time.

Respectfully submitted,

Dated: November 7, 2012          **TROUTMAN SANDERS LLP**

BY:   /s/ Terrence R. McInnis
      Terrence R. McInnis
      Attorneys for Plaintiff
      PLATTE RIVER INSURANCE COMPANY

Dated: November 7, 2012          **SEDGWICK LLP**

BY:   /s/ Nicholas J. Boos
      Nicholas J. Boos
      Attorneys for Plaintiff
      ARCH INSURANCE COMPANY

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT CMC STATEMENT AND PROPOSED ORDER
CASE NOS. C 12-02356 EMC AND 3:12-CV-02369 EMC

Dated: November 7, 2012         **MANATT, PHELPS & PHILLIPS, LLP**

BY:     /s/ Amanda M. Knudsen
        Amanda M. Knudsen
        Attorneys for Defendant
        DIGNITY HEALTH f/k/a Catholic Healthcare
        West d/b/a Mercy General Hospital

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Amanda M. Knudsen hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

Pursuant to the parties request above, the Case Management Conference is continued to January 17, 2013 at 9:00 a.m. ~~December __, 2012, at _____ a.m.~~ in Courtroom 5. An updated joint CMC statement shall be filed by January 10, 2013.

IT IS SO ORDERED.

Dated: November __8__, 2012     By:_____
                                Judge, _____ District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

305448813.2

JOINT CMC STATEMENT AND PROPOSED ORDER
CASE NOS.  C 12-02356 EMC AND 3:12-CV-02369 EMC