United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br><br>        Defendant.<br>_____/ | No. C-12-2356 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING AND CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' briefs regarding Plaintiff Platte River Insurance Company's motion to enforce the stay and related standstill agreement in this case, and to enjoin Defendant Dignity Health's later filed arbitration, which motion is currently scheduled for hearing on January 17, 2013 at 1:30 p.m. Having reviewed the briefs, the Court orders the parties to submit additional briefing as to whether this action is subject to mandatory arbitration, including whether either party has waived a right to pursue arbitration.

In addition, the Court observes that Dignity Health reached a final settlement in the matter of *Chopourian v. Catholic Healthcare West*, Case No. C-09-02972-KJM-KJN (E.D. Cal.) (the "*Chopourian* lawsuit"), on November 28, 2012. *See* Decl. of Amy Briggs in Opp'n to Mot., Docket No. 36, ¶ 13. Yet, neither party has requested to lift the stay entered "pending complete and final resolution of the *Chopourian* lawsuit . . . ." *See* Stip. & Order, Docket No. 23, at 3. Thus, the Court orders the parties to include in their additional briefing arguments as to whether or not the Court should lift the stay in this action and, if so, when it should do so.

In order to adequately consider these issues, the Court hereby continues the hearing and Case Management Conference in this matter currently scheduled for January 17, 2013 at 1:30 p.m. to **February 14, 2013 at 1:30 p.m.** The parties shall file their supplemental briefing of no longer than fifteen (15) pages by 5:00 p.m., January 18, 2013.

IT IS SO ORDERED.

Dated: January 4, 2013

_____
EDWARD M. CHEN
United States District Judge

2