UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>DIGNITY HEALTH f/k/a CATHOLIC<br>HEALTHCARE WEST d/b/a MERCY<br>GENERAL HOSPITAL,<br>　　　　　　　　　　Defendant. | Case No. 3:12-cv-02356 EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT**; ORDER RESETTING CMC<br><br>Date:　　　September 26, 2013<br>Time:　　　10:30 a.m.<br>Location: San Francisco Courthouse,<br>　　　　　　Courtroom 5, 17th Floor<br>Judge:　　 Hon. Edward M. Chen |

　　　Plaintiff Platte River Insurance Company ("Platte River") and Defendant Dignity Health f/k/a Catholic Healthcare West d/b/a Mercy General Hospital ("Dignity Health") jointly submit this SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT in advance of the September 26, 2013 Case Management Conference and Status Conference set by this Court's Order Denying Plaintiff's Motion to Enforce Stay and Enjoin Arbitration dated March 19, 2013 and the Clerk's Notice Resetting the Case Management Conference dated March 20, 2013.

　　　On March 19, 2013, this Court entered an Order denying Platte River's motion to enjoin Dignity Health from proceeding with arbitration and declined to lift the stay in this matter pending resolution of the parties' ongoing arbitration dispute. Currently, the third member of the

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:12-cv-02356 EMC

JOINT SUPPLEMENTAL CASE
MANAGEMENT STATEMENT AND STATUS
REPORT

arbitration panel is in the process of being selected. The parties anticipate that the full panel will be assembled shortly and the arbitration will proceed at that time.

Given the preliminary status of the arbitration proceedings, the parties respectfully request that the Court continue the Status Conference, which is currently scheduled for September 26, to sometime on or after January 24, 2014, or such other date as the Court sees fit.

Dated: September 19, 2013

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ Ross Smith
Terrence R. McInnis
Ross Smith
*Attorneys for Plaintiff*
Platte River Insurance Company

Dated: September 19, 2013

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Susan Page White
Amy B. Briggs
Susan Page White
*Attorneys for Defendant*
Dignity Health f/k/a Catholic Healthcare West d/b/a Mercy General Hospital

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures,* Susan Page White *hereby attests that concurrence in the filing of this document has been obtained.*

```
IT IS SO ORDERED that the CMC is reset from 9/26/13 at 10:30 a.m. to
1/30/14 AT 10:30 a.m.  An updated joint CMC statement shall be filed by
1/23/14.
```
_____
Edward M. Chen
U.S. District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]

Case No. 3:12-cv-02356-EMC

2

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES