UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br>　　　　　　　　Plaintiff,<br>　　v.<br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br>　　　　　　　　Defendant. | Case No. 3:12-cv-02356 EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT**; ORDER RESETTING CMC<br><br>Date:　　September 26, 2013<br>Time:　　10:30 a.m.<br>Location: San Francisco Courthouse,<br>　　　　　Courtroom 5, 17th Floor<br>Judge:　　Hon. Edward M. Chen |

　　　　Plaintiff Platte River Insurance Company ("Platte River") and Defendant Dignity Health f/k/a Catholic Healthcare West d/b/a Mercy General Hospital ("Dignity Health") jointly submit this SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT in advance of the September 26, 2013 Case Management Conference and Status Conference set by this Court's Order Denying Plaintiff's Motion to Enforce Stay and Enjoin Arbitration dated March 19, 2013 and the Clerk's Notice Resetting the Case Management Conference dated March 20, 2013.

　　　　On March 19, 2013, this Court entered an Order denying Platte River's motion to enjoin Dignity Health from proceeding with arbitration and declined to lift the stay in this matter pending resolution of the parties' ongoing arbitration dispute. Currently, the third member of the

arbitration panel is in the process of being selected. The parties anticipate that the full panel will be assembled shortly and the arbitration will proceed at that time.

Given the preliminary status of the arbitration proceedings, the parties respectfully request that the Court continue the Status Conference, which is currently scheduled for September 26, to sometime on or after January 24, 2014, or such other date as the Court sees fit.

Dated: September 19, 2013              Respectfully submitted,

                                       TROUTMAN SANDERS LLP


                                       By: /s/ Ross Smith
                                           Terrence R. McInnis
                                           Ross Smith
                                           *Attorneys for Plaintiff*
                                           Platte River Insurance Company


Dated: September 19, 2013              Respectfully submitted,

                                       MANATT, PHELPS & PHILLIPS, LLP


                                       By: /s/ Susan Page White
                                           Amy B. Briggs
                                           Susan Page White
                                           *Attorneys for Defendant*
                                           Dignity Health f/k/a Catholic Healthcare
                                           West d/b/a Mercy General Hospital


*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures,* Susan Page White *hereby attests that concurrence in the filing of this document has been obtained.*

```
IT IS SO ORDERED that the CMC is reset from 9/26/13 at 10:30 a.m. to
1/30/14 AT 10:30 a.m.  An updated joint CMC statement shall be filed by
1/23/14.
```
_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

Case No. 3:12-cv-02356 EMC                 2        JOINT SUPPLEMENTAL CASE
                                                   MANAGEMENT STATEMENT AND STATUS
                                                                           REPORT

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES