1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PLATTE RIVER INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br>Defendant. | Case No. 3:12-cv-02356 EMC<br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br>ORDER RESETTING CMC<br>Date:     February 4, 2014<br>Time:     10:30 a.m.<br>Location: San Francisco Courthouse,<br>               Courtroom 5, 17th Floor<br>Judge:    Hon. Edward M. Chen |
|---|---|

Plaintiff Platte River Insurance Company ("Platte River") and Defendant Dignity Health f/k/a Catholic Healthcare West d/b/a Mercy General Hospital ("Dignity Health") jointly submit this SUPPLEMENTAL CASE MANAGEMENT STATEMENT in advance of the February 4, 2014 Case Management Conference.

On March 19, 2013, this Court entered an Order denying Platte River's motion to enjoin Dignity Health from proceeding with arbitration and declined to lift the stay in this matter pending resolution of the parties' ongoing arbitration dispute. Currently, the arbitration panel has been selected and the parties have started the discovery process. The parties are also in the process of revising the proposed arbitration schedule.

Given the preliminary status of the arbitration proceedings, the parties respectfully request that the Court continue the Case Management Conference, which is currently scheduled for

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:12-cv-02356 EMC
311318354.1

JOINT SUPPLEMENTAL CASE
MANAGEMENT STATEMENT

February 4, 2014, to sometime on or after November 14, 2014, or such other date as the Court sees fit.

Dated: January 21, 2014                    Respectfully submitted,

                                           MUSICK PEELER LLP

                                           By: /s/ Jennifer M. Kokes
                                               Susan Field
                                               Jennifer M. Kokes
                                               *Attorneys for Plaintiff*
                                               Platte River Insurance Company

Dated: January 21, 2014                    Respectfully submitted,

                                           MANATT, PHELPS & PHILLIPS, LLP

                                           By: /s/ Susan Page White
                                               Amy B. Briggs
                                               Susan Page White
                                               *Attorneys for Defendant*
                                               Dignity Health f/k/a Catholic Healthcare
                                               West d/b/a Mercy General Hospital

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures,* Susan Page White *hereby attests that concurrence in the filing of this document has been obtained.*

```
IT IS SO ORDERED that the further CMC is reset from 2/4/14 to 8/7/14 at 10:30 a.m.
An updated joint CMC Statement shall be filed by 7/31/14.
_____
Edward M. Chen
U.S. District Judge
```

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:12-cv-02356-EMC
311318354.1

JOINT SUPPLEMENTAL CASE
MANAGEMENT STATEMENT