UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br><br>          Defendant. | Case No.  3:12-cv-02356 EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT** ;  ORDER<br><br>Date:         September 11, 2014<br>Time:        10:30 a.m.<br>Location:   San Francisco Courthouse, Courtroom 5, 17th Floor<br>Judge:       Hon. Edward M. Chen |

Plaintiff Platte River Insurance Company ("Platte River") and Defendant Dignity Health f/k/a Catholic Healthcare West d/b/a Mercy General Hospital ("Dignity Health") jointly submit this SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT in advance of the September 11, 2014 Case Management Conference.

On March 19, 2013, this Court entered an Order denying Platte River's motion to enjoin Dignity Health from proceeding with arbitration and declined to lift the stay in this matter pending resolution of the parties' ongoing arbitration dispute. Since the last Case Management Conference Statement, the full arbitration panel was assembled. A Phase I hearing occurred on June 5, 2014, before the panel. The parties' arbitration hearing for Phase II (the final phase) is set for January 20-23, 2015.

Case No.  3:12-cv-02356 EMC

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT

Given the ongoing status of the arbitration proceedings, the parties respectfully request that the Court take the Case Management Conference, currently scheduled for September 11, 2014 at 10:30 a.m., off calendar, and re-calendar a status conference until on or about February 26, 2015, or such other date as the Court sees fit for a further update on the arbitration proceedings.

Dated: September 4, 2014　　　　　　　　　　Respectfully submitted,

MUSICK, PEELER & GARRETT, LLP

By: /s/ Jennifer Kokes
　　Susan Field
　　Jennifer Kokes
　　*Attorneys for Plaintiff*
　　Platte River Insurance Company

Dated: September 4, 2014　　　　　　　　　　Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

By: /s/ Christopher A. Rheinheimer
　　Amy B. Briggs
　　Susan Page White
　　Christopher A. Rheinheimer
　　*Attorneys for Defendant*
　　Dignity Health f/k/a Catholic Healthcare
　　West d/b/a Mercy General Hospital

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures,* Christopher A. Rheinheimer *hereby attests that concurrence in the filing of this document has been obtained.*

312783686.2

Case No. 3:12-cv-02356 EMC　　　　　　2　　　　　　JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT