UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br><br>Defendant. | Case No. 3:12-cv-02356 EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT**<br><br>Date: February 26, 2015<br>Time: 10:30 a.m.<br>Location: San Francisco Courthouse, Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Plaintiff Platte River Insurance Company ("Platte River") and Defendant Dignity Health f/k/a Catholic Healthcare West d/b/a Mercy General Hospital ("Dignity Health") jointly submit this SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT in advance of the February 26, 2015 Case Management Conference.

On March 19, 2013, this Court entered an Order denying Platte River's motion to enjoin Dignity Health from proceeding with arbitration and declined to lift the stay in this matter pending resolution of the parties' ongoing arbitration dispute. Since the last Case Management Conference Statement, the Phase II arbitration hearing has been conducted and the parties have submitted post-hearing briefs. The Panel has tentatively set closing arguments for March 24,

1  2015.  Depending on the outcome of the Phase II hearing, a one-day Phase III hearing may be
2  necessary.
3         Given the ongoing status of the arbitration proceedings, the parties respectfully request
4  that the Court take the Case Management Conference, currently scheduled for February 26, 2015
5  at 10:30 a.m., off calendar, and re-calendar a status conference until on or about **May 28, 2015**, or
6  such other date as the Court sees fit for a further update on the arbitration proceedings.

9  Dated: February 18, 2015                    Respectfully submitted,

10                                              MUSICK, PEELER & GARRETT, LLP

12                                              By: /s/ Jennifer Kokes
                                                    Susan Field
                                                    Jennifer Kokes
13                                                  *Attorneys for Plaintiff*
14                                                  Platte River Insurance Company

16  Dated: February 18, 2015                   Respectfully submitted,

17                                              MANATT, PHELPS & PHILLIPS, LLP

19  ```
IT IS SO ORDERED that the further
CMC is reset from 2/26/15 to 5/28/15
at 10:30 a.m.  An updated joint CMC
statement shall be filed by 5/21/15.
```
                                                By: /s/ Christopher A. Rheinheimer
                                                    Amy B. Briggs
                                                    Susan Page White
                                                    Christopher A. Rheinheimer
                                                    *Attorneys for Defendant*
                                                    Dignity Health f/k/a Catholic Healthcare
Edward M. Chen                                      West d/b/a Mercy General Hospital
U.S. District Judge

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures,* Christopher A. Rheinheimer *hereby attests that concurrence in the filing of this document has been obtained.*

Case No.  3:12-cv-02356 EMC                2              JOINT SUPPLEMENTAL CASE
                                                          MANAGEMENT STATEMENT AND
                                                          STATUS REPORT