UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br><br>   Defendant. | Case No. 3:12-cv-02356 EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT**<br><br>Date:  May 28, 2015<br>Time:  10:30 a.m.<br>Location: San Francisco Courthouse, Courtroom 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |

  Plaintiff Platte River Insurance Company ("Platte River") and Defendant Dignity Health f/k/a Catholic Healthcare West d/b/a Mercy General Hospital ("Dignity Health") jointly submit this SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND STATUS REPORT .

  On March 19, 2013, this Court entered an Order denying Platte River's motion to enjoin Dignity Health from proceeding with arbitration and declined to lift the stay in this matter pending resolution of the parties' ongoing arbitration dispute. Since the last Case Management Conference Statement, the Panel issued its Phase II Award in Dignity Health's favor on April 17, 2015, which Award disposes of the entire arbitration.

  On May 4, 2015, Platte River filed a Request for Clarification or Modification with the Panel regarding the award of interest. On May 14, 2015, the Panel notified the parties that,

1  pursuant to Rule R-46 of the AAA Commercial Rules, it did not have jurisdiction to rule on Platte
2  River's Request. Platte River's time for further challenges to the Award before the Panel ran on
3  May 7, 2015.
4      Dignity Health intends to file a Motion to Confirm the Award and respectfully asks that
5  the Court set the hearing for the Motion to Confirm on July 30, 2015. Platte River reserves all
6  rights to challenge the Award.
7      A Case Management Conference is currently set for May 28, 2015. The parties
8  respectfully request that the Case Management Conference be continued until July 30, 2015, the
9  same day as the hearing on the Motion to Confirm.

Dated: May 21, 2015

Respectfully submitted,

MUSICK, PEELER & GARRETT, LLP

By: /s/ Jennifer Kokes
    Susan Field
    Jennifer Kokes
    *Attorneys for Plaintiff*
    Platte River Insurance Company

Dated: May 21, 2015

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

IT IS SO ORDERED that the further cmc is rescheduled for 7/30/15 at 1:30 p.m. (same time as Defendant's motion to confirm the arbitration award). An updated joint CMC statement shall be filed by 7/23/15.

_____
Edward M. Chen
U.S. District Judge

By: /s/ Christopher A. Rheinheimer
    Amy B. Briggs
    Susan Page White
    Christopher A. Rheinheimer
    *Attorneys for Defendant*
    Dignity Health f/k/a Catholic Healthcare
    West d/b/a Mercy General Hospital

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures,* Christopher A. Rheinheimer *hereby attests that concurrence in the filing of this document has been obtained.*