**United States District Court**
For the Northern District of California

1
2
3
4
5                       UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8    PLATTE RIVER INSURANCE COMPANY,          No. C-12-2356 EMC

9               Plaintiff,

10        v.                                   **ORDER REMOVING DOCKET NO. 69**
                                               **FROM ELECTRONIC FILING**
11   DIGNITY HEALTH f/k/a CATHOLIC
     HEALTHCARE WEST d/b/a MERCY
12   GENERAL HOSPITAL,

13              Defendant.
     _____/
14

15

16        This Court orders the removal of Docket No. 69.

17

18        IT IS SO ORDERED.

19

20   Dated:  July 31, 2015

21

22                                            _____
                                              EDWARD M. CHEN
23                                            United States District Judge

24

25

26

27

28