MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7600
FACSIMILE 213-624-1376

Susan J. Field (State Bar No. 086200)
s.field@mpglaw.com
Jennifer M. Kokes (State Bar No. 210261)
j.kokes@mpglaw.com

Attorneys for Plaintiff PLATTE RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH f/k/a CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL,<br><br>Defendant. | CASE No. 3:12-cv-02356 EMC<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE AGAINST PLATTE RIVER INSURANCE COMPANY<br><br>[FILED CONCURRENTLY WITH STIPULATION BETWEEN PARTIES RE DISMISSAL WITH PREJUDICE] |

956400.1                                                                              Case No. 3:12-cv-02356 EMC
[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE AGAINST PLATTE RIVER INS. CO.

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff, PLATTE
2  RIVER INSURANCE COMPANY and Defendant DIGNITY HEALTH f/k/a
3  CATHOLIC HEALTHCARE WEST d/b/a MERCY GENERAL HOSPITAL, by
4  and through their counsel of record, have entered into a stipulation dismissing
5  Plaintiff's Complaint, with prejudice. The Court finds good cause for such
6  dismissal and hereby grants the dismissal as stipulated.

**IT IS SO ORDERED**.

DATED: _____8/25_____, 2015

_____
HONORABLE EDWARD M. CHEN
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

| 1 | **PROOF OF SERVICE** |
|---|---|
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |
| 3 | At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, CA 90017-3383. |
| 4 | |
| 5 | |
| 6 | On August 25, 2015, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE AGAINST PLATTE RIVER INSURANCE COMPANY** on the interested parties in this action as follows: |
| 7 | |
| 8 | **SEE ATTACHED SERVICE LIST** |
| 9 | **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. |
| 10 | |
| 11 | |
| 12 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 13 | |
| 14 | Executed on August 25, 2015, at Los Angeles, California. |

_____
Tamara A. Waters